IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JUDITH ARLENE ELDRIDGE, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-00049-HL-TQL |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 15, 2023, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk